PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS



## Report on Offender Under Supervision

**Name of Offender:** Alexander Ochoa

**Case Number:** 3:18-CR-0613-DB(1)

**Name of Sentencing Judicial Officer:** Frank R. Zapata, Senior U.S. District Judge

**Date of Original Sentence:** December 9, 2016

**Original Offense:** Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D)

**Original Sentence:** Thirteen (13) Months custody with credit for time served, followed by a two (2) year term of supervised release.

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** August 2, 2017

## PREVIOUS COURT ACTION

On March 14, 2018, jurisdiction was transferred from the District of Arizona to the Western District of Texas, El Paso Division. On March 14, 2018, the case was randomly assigned to the docket of Senior U.S. District Judge David Briones.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and a least two periodic drug tests thereafter, as determined by the court.

> **Nature of Noncompliance:** On April 30, 2018, Ochoa submitted a urine specimen which tested positive for amphetamine. On April 30, 2018, Ochoa was confronted about the specimen provided and he acknowledged using the substance stating "I was messed up, I don't know what I was thinking, it was there I used. I feel horrible."

Alexander Ochoa
Docket No. 3:18-CR-0613-DB(1)
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:**

It is recommended that no action be taken in this case at this time. Ochoa has been informed he could be returned to custody as a result of his continued drug use and the Honorable Court would be notified immediately of any further positive urine specimens. Should the Honorable Court concur, it is this USPO's recommendation Ochoa's substance abuse treatment be increased, to include a ten (10) week Substance Abuse Treatment Services (SATS) in-house cognitive program. If the Court concurs with this recommendation, Ochoa's condition's of supervision allow for the aforementioned action.

Respectfully submitted,

Judee Provencio
U.S. Probation Officer
Office (915) 585-5565
Cellular (915) 861-8776
Date: May 7, 2018

Approved by,

Enrique Lopez, Jr.
Supervising U.S. Probation Officer
Office (915) 585-6554
Cellular (915) 861-8982

---

**COURT ACTION RECOMMENDED:**

[X]  Concur with above action

[ ]  No action

[ ]  Submit a Petition for Warrant or Summons

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Other:

David Briones, Senior U.S. District Judge

5-8-2018
Date