PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS

FILED
2018 JUN 11 PM 3: 12
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

### Report on Offender Under Supervision

**Name of Offender:** Alexander Ochoa

**Case Number:** 3:18-CR-0613-DB(1)

**Name of Sentencing Judicial Officer:** Frank R. Zapata, Senior U.S. District Judge

**Date of Original Sentence:** December 9, 2016

**Original Offense:** Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D)

**Original Sentence:** Thirteen (13) Months custody with credit for time served followed by a two (2) year term of supervised release.

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** August 2, 2017

## PREVIOUS COURT ACTION

On March 14, 2018, jurisdiction was transferred from the District of Arizona to the Western District of Texas, El Paso Division. On March 14, 2018, the case was randomly assigned to the docket of Senior U.S. District Judge David Briones.

On May 7, 2018, a Report on Offender Under Supervision was submitted by the probation officer notifying the Court of the following violation(s): on April 30, 2018, Ochoa submitted a urine specimen which tested positive for amphetamine. The probation officer recommended no further adverse court action in lieu of Ochoa participating in a ten (10) week Substance Abuse Treatment Services (SATS) in-house cognitive program. On May 8, 2018, the Court accepted the probation officer's recommendation and no further court action was taken.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and a least two periodic drug tests thereafter, as determined by the court.

Alexander Ochoa
Docket No. 3:18-CR-0613-DB(1)
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On May 30, 2018, Ochoa reported for his schedule monthly appointment, during the interview Ochoa reported "I took a pill from a friend at work to help with my back, after I took it I knew it was something else. I wanted to tell you because I want to continue with the groups, I need to learn to make better decisions, I like my group can I have one more opportunity?" Ochoa was asked to leave a urine specimen which tested positive for amphetamine.

**U.S. Probation Officer Action:**

It is recommended that no action be taken in this case at this time. Ochoa has been informed this would be the last opportunity this Officer would recommend where no action by the Court be taken. Ochoa was reminded that he could be returned to custody as a result of his continued drug use, and the Honorable Court would be notified immediately of any further positive urine specimens. Should the Honorable Court concur, it is this USPO's recommendation Ochoa be allowed to complete his substance abuse treatment group during which time Ochoa's random urine collection testing will be increased. If the Court concurs with this recommendation, Ochoa's condition's of supervision allow for the aforementioned action.

Respectfully submitted,

Judee Provencio
U.S. Probation Officer
Office (915) 585-5565
Cellular (915) 861-8776
Date: June 7, 2018

Approved by,

Enrique Lopez, Jr.
Supervising U.S. Probation Officer
Office (915) 585-6554
Cellular (915) 861-8982

**COURT ACTION RECOMMENDED:**

[✓] Concur with above action

[ ] No action

[ ] Submit a Petition for Warrant or Summons

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Other:

_____
David Briones, Senior U.S. District Judge

6-8-2018
_____
Date